**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

CASE NO: 21-00776-JAF

YU, TONY,

Debtor(s).

---

## TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY NAJI HASSAN, 7 STAR REALTY, AS REAL ESTATE AGENT FOR ESTATE

COMES NOW, Alexander G. Smith, Trustee, by and through his undersigned attorney, pursuant to Section 327, Bankruptcy Code, and makes application to this Court for an Order authorizing him to employ Naji Hassan, 7 Star Realty, as real estate agent for the bankruptcy estate (the "Real Estate Agent"), and in support thereof would show the following:

1. Alexander G. Smith is the court appointed Trustee of the above-captioned Debtor and is duly qualified and acting.

2. The bankruptcy estate owns real property located in the State of Florida (the "Property"). The Real Estate Agent is being employed to effectuate a sale of the Property.

3. The Trustee desires to employ the Real Estate Agent to represent and assist the Trustee in selling the Property. The Real Estate Agent will, among other things, list the Property for sale, solicit bids, negotiate with potential buyers and consummate a sale.

4. After reviewing the facts and issues in this case, the Trustee has concluded that the assistance of the Real Estate Agent is necessary to enable the Trustee to discharge the Trustee's statutory duties.

5. The Trustee has selected Real Estate Agent for the reason that he has the ability and experience to render the necessary assistance, and is familiar with the real estate market in the area where the Property is located.

6. The Real Estate Agent has agreed to charge his customary fee of eight percent (8%) if the gross sale price of the Property is more than $50,000.00, and a flat fee of $3,000.00 if the gross sale price of the Property is less than $50,000.00, payment of which will be made at closing. The Real Estate Agent further agrees that the reasonableness of the fees and expenses paid shall be determined at a later date by the Court pursuant to §330 of the Bankruptcy Code.

7. To the best of the Trustee's knowledge, neither Real Estate Agent nor his firm has any connection with creditors of the estate or other parties in interest, their attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee and is thus disinterested within the meaning of 11 U.S.C. §101(14). The Declaration of Proposed Real Estate Agent is attached hereto as Exhibit A.

8. The employment of Naji Hassan, 7 Star Realty would be in the best interest of the estate.

WHEREFORE, Alexander G. Smith prays that he be authorized to employ Naji Hassan, 7 Star Realty, as real estate agent for the bankruptcy estate, and granting such other and further relief as the Court deems just and property.

DATED this 7th day of May, 2021.

*Alexander G. Smith*
ALEXANDER G. SMITH,
Attorney for Trustee
2601 University Blvd. West
Jacksonville, Fl 32217
(904)733-3822

Copy electronically furnished to:

Assistant U.S. Trustee
Naji Hassan, 7 Star Realty

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

TONY YU                                             Case No.: 3:21-bk-00776-JAF

        Debtors.                                Chapter 7
_____/

**DECLARATION OF PROPOSED REAL ESTATE AGENT FOR ESTATE**

I, NAJI HASSAN, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746 that the following statements are true and correct:

1. I am a duly qualified Real Estate Agent, doing business at 7 Star Realty, Inc., 9951 Atlantic Blvd., Suite 130, Jacksonville, Florida 32225.

2. I do not have any interests adverse to the debtor, the estate, or any creditor or party in interest. I do not have any connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and am thus disinterested within the meaning of 11 U.S.C. §101(14).

3. I shall agree to charge a customary fee of 8% of the gross sale price of the real property if more than $50,000 and a flat fee of $3,000 if the gross sale price of the real property is less than $50,000, payment of which will be made at closing.

Dated: May 6, 2021.                          7 STAR REALTY, INC.

                                                                                                       _____
                                                                                                       Naji Hassan
                                                                                                       9951 Atlantic Blvd., Suite 130
                                                                                                        Jacksonville, Florida 32225
                                                                                                        (904) 425-8280
                                                                                                        Facsimile: (904) 677-7866
                                                                                                        6738050@gmail.com